UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADAM S. LOVINGER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-1914 (RDM) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Minute Order dated December 21, 2018, the parties respectfully submit this joint status report.

The agency has advised that the parties' agreed-upon supplemental search has been completed and that additional potentially responsive records were located. The agency further advised that it is processing those records and currently anticipates releasing any non-exempt responsive records by February 28, 2019.

The parties propose filing another joint status report on or before March 21, 2019, to update the Court as to whether any issues remain in this case.

Dated:  February 5, 2019

| | Respectfully submitted, |
|---|---|
| /s/ Michael Bekesha | JESSIE K. LIU, D.C. Bar # 472845 |
| Michael Bekesha | United States Attorney |
| D.C. Bar No. 995749 | |
| JUDICIAL WATCH, INC. | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| 425 Third Street S.W., Suite 800 | Chief, Civil Division |
| Washington DC 20024 | |
| Telephone: (202) 646-5172 | By:  /s/ Marsha W. Yee |
| Email: mbekesha@judicialwatch.org | MARSHA W. YEE |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | Civil Division |
| | United States Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Telephone:  (202) 252-2539 |
| | Email:  Marsha.Yee@usdoj.gov |
| | |
| | *Counsel for Defendant* |